Evelyn M. EDDLEMAN, Respondent,

v.

James D. EDDLEMAN, Appellant.

No. 43905.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 26, 1982.

David R. Swimmer, Clayton, for appellant.

Ellsworth Cundiff, Jr., St. Charles, for respondent.

ORDER

PER CURIAM.

Husband appeals from the property disposition provision of a divorce decree relating to the marital home.

Judgment of the trial court is affirmed. Rule 84.16(b).